*Frederick S. Gold* and *Ellen A. Jawitz*, in support of the petition.

*John F. Lambert*, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* LUCY CRUZ

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 809 (AC 15177), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* JOHN L. MOALES

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 817 (AC 14456), is denied.

*H. Jeffrey Beck*, in support of the petition.

*Denise B. Smoker*, deputy assistant state's attorney, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* LINDA RICCIO

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 847 (AC 14545), is denied.

*Judith F. Machuga,* assistant public defender, in support of the petition.

*Michele C. Lukban,* deputy assistant state's attorney, in opposition.

Decided September 18, 1996

## ANNETTE BARRETTA *v.* OTIS ELEVATOR COMPANY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 856 (AC 14659), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the judgment must be reversed because of the failure of the trial court to charge on the doctrine of res ipsa loquitur?"

The Supreme Court docket number is SC 15516.

*L. Douglas Shrader,* in support of the petition.

Decided September 18, 1996

## SHARON DOBOZY *v.* JOHN DOBOZY

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 861 (AC 14436), is granted, limited to the following issue:

"Whether in a case arising under General Statutes § 46b-62 the trial court may properly award reasonable attorney's fees to a parent prosecuting a contempt motion concerning the care and support of a minor child when the parent prevails but the court does not adjudicate the respondent to be in contempt?"

The Supreme Court docket number is SC 15528.